UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VALTUS CAPITAL GROUP, LLC,

            *Plaintiff*,

    v.

PARQ EQUITY LIMITED PARTNERSHIP,
PARQ HOLDINGS LIMITED PARTNERSHIP,
PARQ VANCOUVER LIMITED PARTNERSHIP,
PARQ VANCOUVER ULC, and
1010094 B.C. LTD.,

            *Defendants*.

Index No. 19-cv-4737

**STIPULATION AND ORDER EXTENDING TIME**

---

       IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorney for plaintiff Valtus Capital Group, LLC and defendants Parq Equity Limited Partnership, Parq Holdings Limited Partnership, Parq Vancouver Limited Partnership, Parq Vancouver ULC, and 1010094 B.C. LTD (collectively, "Defendants"), that the time for Defendants to answer, move or otherwise respond to the Amended Complaint in this action is extended from May 29, 2019 to and including June 21, 2019.  There has been no previous request for an extension of time in connection with this matter.

Dated: New York, New York
       May 29, 2019

PHILLIPS LYTLE LLP

By:   */s/ Joseph B. Schmit*
      Joseph B. Schmit
      Richard Weingarten
Attorneys for Plaintiff
*Valtus Capital Group, LLC*
340 Madison Avenue
17th Floor
New York, New York 10173-1922
Telephone No. (212) 759-4888
jschmit@phillipslytle.com
rweingarten@phillipslytle.com

NORTON ROSE FULBRIGHT US LLP

By:   */s/ Thomas J. Hall*
      Thomas J. Hall
A Member of the Firm
1301 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 318-3000
Facsimile:   (212) 318-3400
thomas.hall@nortonrosefulbright.com

*Attorneys for Defendants*
*Parq Equity Limited Partnership, Parq*
*Holdings Limited Partnership, Parq*
*Vancouver Limited Partnership, Parq*
*Vancouver ULC, and 1010094 B.C. LTD.*

SO ORDERED:

_____   Dated:  May \_\_, 2019
           U.S.D.J.