UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
VALTUS CAPITAL GROUP, LLC,

            Plaintiff,

    -v-

PARQ EQUITY LIMITED PARTNERSHIP, PARQ
HOLDINGS LIMITED PARTNERSHIP, PARQ
VANCOUVER LIMITED PARTNERSHIP, PARQ
VANCOUVER ULC, and 1010094 B.C. LTD.,

            Defendants.
-------------------------------------- X

19cv4737 (DLC)

ORDER

DENISE COTE, District Judge:

Entities must be represented by an attorney in federal court or judgment against them may be entered by default. Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997). Plaintiff's February 7, 2020 letter notifies the Court that defendants have elected to retain new counsel and are requesting to stay discovery in this matter. It is hereby

ORDERED that the request for a stay of discovery is denied.

IT IS FURTHER ORDERED that the parties may extend fact discovery on consent into the period of expert discovery.

IT IS FURTHER ORDERED that the Summary Judgment and Joint Pretrial Order schedules set forth in the August 27, 2019

Scheduling Order are firm and shall remain in effect.

SO ORDERED:

Dated: New York, New York
February 11, 2020

_____
DENISE COTE
United States District Judge