UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
VALTUS CAPITAL GROUP, LLC,

                Plaintiff,              19cv4737 (DLC)

        -v-                        ORDER

PARQ EQUITY LIMITED PARTNERSHIP, PARQ
HOLDINGS LIMITED PARTNERSHIP, PARQ
VANCOUVER LIMITED PARTNERSHIP, PARQ
VANCOUVER ULC, and 1010094 B.C. LTD.,

                Defendants.
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2020

DENISE COTE, District Judge:

On October 9, 2019, the Court issued an Order granting plaintiff's motion for partial summary judgment. On February 21, 2020, plaintiff filed a motion requesting that partial final judgment be entered pursuant to Fed. R. Civ. P. 54(b) and the October 9, 2019 Order. Accordingly, it is hereby

ORDERED that counsel for defendants shall file a notice of appearance by **February 24, 2020**. If no notice is filed by that date, plaintiff shall follow the procedures set forth in the Court's Individual Practices to move for judgment by default by **February 28**.

IT IS FURTHER ORDERED that the discovery, summary judgment, and pretrial order schedules set forth in the August 27, 2019 Scheduling Order remain in effect.

IT IS FURTHER ORDERED that, assuming defendants are not in default, they shall serve any opposition to the February 21,

2020 motion for entry of partial judgment by **March 13, 2020**. Plaintiff's reply, if any, shall be served by **March 27**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated: New York, New York
February 24, 2020

/s/ Denise Cote
DENISE COTE
United States District Judge