```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     19cv4737 (DLC)
VALTUS CAPITAL GROUP, LLC,               :
                                         :         ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
PARQ EQUITY LIMITED PARTNERSHIP, PARQ    :
HOLDINGS LIMITED PARTNERSHIP, PARQ       :
VANCOUVER LIMITED PARTNERSHIP, PARQ      :
VANCOUVER ULC, and 1010094 B.C. LTD.,    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Plaintiff Valtus Capital Group, LLC ("Valtus") filed this suit on May 22, 2019 to obtain fees it alleged the Defendants owed under a 2017 Private Placement Agreement, after Valtus secured financing for one of the Defendants' subsidiaries. Valtus now seeks the production of (1) communications with Credit Suisse (USA) Securities ("Credit Suisse") regarding their renegotiation of the fees owed under the Private Placement Agreement; and (2) the "settlement agreement" related to the fees ultimately paid Credit Suisse. The Defendants have objected to production of these materials on the grounds that they are confidential, and that Credit Suisse has a right to be heard with respect to their production. It is hereby

ORDERED that the parties and Credit Suisse shall confer to try to resolve this dispute.

IT IS FURTHER ORDERED that the parties and Credit Suisse shall, by **April 16 at 2:00 pm**, submit letters no longer than two pages describing issues that remain unresolved despite their conference. Each letter shall cite no more than three authorities that support the party's legal position regarding the confidentiality of the materials.

IT IS FURTHER ORDERED that a telephonic conference is scheduled for **April 17 at 10:00 am** to address any unresolved issues. The parties and Credit Suisse shall use the following dial-in instructions for the telephone conference:

    Dial-in: 888-363-4749

    Access code: 4324948

IT IS FURTHER ORDERED that the parties and Credit Suisse shall use a landline if one is available.

SO ORDERED:

Dated:    New York, New York
          April 14, 2020

                                  DENISE COTE
                      United States District Judge