```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    19cv4737 (DLC)
VALTUS CAPITAL GROUP, LLC,                :
                                          :         ORDER
                        Plaintiff,        :
            -v-                           :
                                          :
PARQ EQUITY LIMITED PARTNERSHIP, PARQ     :
HOLDINGS LIMITED PARTNERSHIP, PARQ        :
VANCOUVER LIMITED PARTNERSHIP, PARQ       :
VANCOUVER ULC, and 1010094 B.C. LTD.,     :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    This case was filed on May 22, 2019.  A Scheduling Order dated August 27, 2019 ordered the parties were to complete fact discovery by February 7, 2020 and expert discovery by May 1, 2020. It was further ordered that any motion for Summary Judgment or Joint Pretrial Order was to be filed by May 29.  An Order of February 12 permitted the parties to extend the period of fact discovery into the period of expert discovery on consent.

    On April 9, 2020 plaintiff filed a letter noting a number of disputes that had arisen during discovery.  On April 13, 2020, the parties participated in a telephonic conference pursuant to Local Rule 37.2 during which they agreed to terms that would resolve those discovery disputes.  On April 24, plaintiff submitted a letter indicating that there were

discovery disputes regarding material discussed at the April 13 telephonic conference, in addition to disputes on several other of plaintiff's discovery requests. Accordingly, it is hereby

ORDERED that the parties shall promptly meet and confer regarding the outstanding discovery disputes.

IT IS FURTHER ORDERED that the parties shall, by **April 27 at 12:00 p.m.**, submit a letter no longer than two pages describing the discovery disputes that remain after they have met and conferred.

IT IS FURTHER ORDERED that a telephonic conference is scheduled for **April 27 at 2:00 p.m.** The parties shall use the following dial-in instructions for the telephone conference:

    Dial-in:       888-363-4749
    Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the parties are advised to correspond with the Court by filing a letter on ECF.

SO ORDERED:

Dated:   New York, New York
         April 24, 2020

                               _____
                                    DENISE COTE
                              United States District Judge