```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv4737 (DLC)
VALTUS CAPITAL GROUP, LLC,               :
                                         :         ORDER
                      Plaintiff,         :
           -v-                           :
                                         :
PARQ EQUITY LIMITED PARTNERSHIP, PARQ    :
HOLDINGS LIMITED PARTNERSHIP, PARQ       :
VANCOUVER LIMITED PARTNERSHIP, PARQ      :
VANCOUVER ULC, and 1010094 B.C. LTD.,    :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of December 15, 2020 granted plaintiff's motion for summary judgment and denied defendants' cross motion for summary judgment.  Accordingly, it is hereby

ORDERED that plaintiff shall, by **December 22,** submit a proposed final judgment, including a prejudgment interest calculation.  The calculation should assume that final judgment will issue on December 30, 2020.

IT IS FURTHER ORDERED that any objection to the calculation shall be filed by **December 29.**

SO ORDERED:

Dated:    New York, New York
          December 15, 2020

                                  _____
                                          DENISE COTE
                                  United States District Judge